ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHIRLEY M. WALL,<br><br>    Debtor.<br>_____ | Chapter 11<br><br>No. 2:17-bk-01150-MCW<br><br>UNITED STATES TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION AND FOR PRODUCTION OF DOCUMENTS |

The Office of the United States Trustee for the District of Arizona (the "UST"), by and through the undersigned counsel, hereby applies to this Court for an Order directing Shirley M. Wall to: (1) produce the documents requested on Exhibit "A"; and (2) appear for an oral examination under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the UST respectfully represents as follows:

1. Shirley M. Wall (the "Debtor") filed her voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 8, 2017.

2. On February 28, 2017 the Debtor filed her Schedules and Statement of Financial Affairs. See Dkt. #s 20 & 22. On March 29, 2017, the Debtor amended her Schedules and Statement of Financial Affairs. See Dkt.#s 43 – 45.

3. The UST believes that the information provided from the above documents raises issues in this case regarding the Debtor's representations regarding her assets and liabilities in this case and warrants further review.

4. The United States Trustee seeks further information from the Debtor through production of documents and a 2004 examination based on the UST's independent review of the issues as they currently exist.

5. The UST is charged with certain responsibilities regarding the supervision and administration of bankruptcy proceedings, pursuant to 28 U.S.C. § 586.

6. The UST desires to examine the Debtor as to the Debtor's acts, conduct, property, liabilities and financial condition, amount other matters, which would affect this estate and its administration. Exhibit "A" details more specifically the information the UST desires to review.

7. A motion and order for a Rule 2004 examination may be made and granted ex parte. *See In re Good Hope Refineries, Inc.*, 9 B.R. 421, 422 (Bankr. D. Mass. 1981); Advisory Committee Note to Rule 2004. Both the debtor and "third parties" are vulnerable to the extensive discovery the

rule permits. *See In re Wilcher*, 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985). The examination may include questions concerning the liabilities and financial condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the relevance of the information to the administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.*, 93 B.R. 373, 378-9 (Bankr. E.D. Pa. 1988).

WHEREFORE, the UST respectfully requests that this Court issue an Order directing the Debtor to (1) appear for an oral examination under oath at a date and time agreeable to the parties or if upon notice, after not less than 28 days' notice; and (2) to produce the documents identified on Exhibit "A" on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice.

RESPECTFULLY SUBMITTED this 18th day of April, 2017.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ EKB (AZ 02471)
_____
EDWARD K. BERNATAVICIUS
Trial Attorney

Copy of the foregoing mailed
this 18th day of April, 2017 to:

**DON C. FLETCHER**
LAKE AND COBB
1095 WEST RIO SALADO PARKWAY #206
TEMPE, AZ 85281
602-523-3000
Fax : 602-523-3001
Email: dfletcher@lakeandcobb.com

**Shirley M. Wall**
27420 N. Covered Wagon Rd.
Phoenix, AZ 85085

/s/ Karen Doane

## EXHIBIT "A"

## DOCUMENTS TO BE PRODUCED

1. Any and all documents showing ownership interests in 1700 N. Falcon Road, Flagstaff, AZ through the date of filing.

2. Any 2016 K-1 Statement for Charter Oak Square, LP.

3. The Debtor's 401k Plan Statements for Union Bank & Trust and Fidelity for the past 2 years.

4. Any and all documents establishing 27420 N. Covered Wagon Road, Phoenix, AZ 85085 as the Debtor's primary residence.

5. A copy of the First Chatham Bank Note relating to the real property located at 27420 N. Covered Wagon Road, Phoenix, AZ 85085.

6. A copy of the First Chatham Bank Loan Application for the real property located at 27420 N. Covered Wagon Road, Phoenix, AZ 85085.

7. Any and all financial statements provided to First Chatham Bank in conjunction with or relating to the loan application on 27420 N. Covered Wagon Road, Phoenix, AZ 85085.

8. A copy of the Sun Trust Mortgage Note for the real property located at 27420 N. Covered Wagon Road, Phoenix, AZ 85085.

9. A copy of any and all lease agreements related to 27420 Covered Wagon Road, Phoenix, AZ 85085 for the past 8 years.

10. Any and all documents supporting payments made by the Debtor in the amount of $2,700.00 per month for home ownership expense for the real property located at 27420 N. Covered Wagon Road, Phoenix, AZ 85085 for the past two years up to the time of filing.

11. A copy of the Debtor's petition with the Debtor's original, "wet" signature of the Debtor.

12. A copy of the Debtor's initially filed Schedules and Statement of Financial Affairs with the original, "wet" signature of the Debtor.

13. A copy of the Debtor's amended Schedules and Statement of Financial Affairs with original, "wet" signatures of the Debtor.

14. Any and all documents related to the sale of Lot 7, La Mariposa Ranch on December 22, 2015.